# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## Atlanta Division

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC. | ) |
| | ) |
| Relator, | ) |
| | ) |
| v. | ) Civil Action No.: |
| | ) 1:10-cv-1195-AP |
| | ) |
| GRAPHIC PACKAGING INTERNATIONAL, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |

## MOTION TO ALTER OR AMEND JUDGMENT

COMES NOW Eaglewood Consulting, LLC ("Eaglewood"), by counsel, and respectfully moves the Court to alter or amend the Agreed Order and Final Judgment entered in this case on March 4, 2011 (Doc. 231). The grounds in support of this motion are set forth in the accompanying memorandum.

This 1st day of April, 2011.

        Respectfully submitted,
        EAGLEWOOD CONSULTING, LLC

        <u>s/ Douglas L. Bridges</u>
        Douglas L. Bridges, Esq.
        Georgia Bar No.:  080889
        Jacqueline K. Knapp, Esq.
        Georgia Bar No.: 425322
        HENINGER GARRISON DAVIS LLC
        1 Glenlake Parkway, Suite 700
        Atlanta, GA 30328
        Telephone:  (678) 638-6308
        Facsimile:  (678) 638-6201
        E-mail:       dbridges@hgdlawfirm.com
                          jknapp@hgdlawfirm.com

        Charles L. Williams, Esq.
        Virginia State Bar Number:  23587
        Admitted *pro hac vice*
        BUTLER WILLIAMS & SKILLING, P.C.
        100 Shockoe Slip, 4th Floor
        Richmond, VA 23219
        Telephone:  (804) 648-4848
        Facsimile:  (804) 648-6814
        E-mail:       cwilliams@butlerwilliams.com

        ***Attorneys for Eaglewood Consulting, LLC***

## **LOCAL RULE 7.1 COMPLIANCE CERTIFICATE**

Pursuant to Local Rule 7.1D, Relator Eaglewood Consulting, LLC hereby certifies that the foregoing Notice to Alter or Amend Judgment complies with the font and point selections approved by the Court in Local Rule 5:1C.  The foregoing document was prepared on a computer using Times New Roman, 14-point font.


s/ Douglas L. Bridges
Douglas L. Bridges

## **CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and correct copy of the foregoing Notice to Alter or Amend Judgment was electronically filed with the Clerk of Court using the CM/ECF system on April 1, 2011, which will send notification to the registered attorney(s) of record that the documents have been filed and are available for viewing and downloading.  A true and correct copy will be sent via U.S. Mail, with adequate postage affixed thereto, to counsel as follows:

> Allison S. Hines Ficken
> Dovin Malkin & Ficken, LLC
> Suite 2775
> Five Concourse Parkway
> Atlanta, GA 30328
>
> Kathryn G. Spelman
> Mount & Stoekler, P.C.
> Suite 1650
> RiverPark Tower
> 333 W. San Carlos Street
> San Jose, CA 95110-2726
>
> Daniel Harlan Fingerman
> Mount & Stoekler, P.C.
> Suite 1650
> RiverPark Tower
> 333 W. San Carlos Street
> San Jose, CA 95110-2726
>
> ***Attorneys for San Francisco Technology, Inc.***

William M. Ragland, Jr.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
271 17TH Street, NW, Suite 2400
Atlanta, GA 30363-1017

James M. Lennon
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
222 Delaware Avenue, Suite 1505
Wilmington, DE 19801

***Attorneys for Graphic Packaging International, Inc.***

This 1st day of April, 2011.

<u>s/ Douglas L. Bridges</u>
Douglas L. Bridges

***Attorney for Eaglewood Consulting, LLC***